# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re:<br>  James L Matthews, Sr.<br>  Revoydia Matthews<br>         Debtor(s) | Case No. 15 B 17032 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/13/2015.

2) The plan was confirmed on 08/19/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/17/2017, 07/02/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Completed on 05/09/2018.

6) Number of months from filing to last payment: 36.

7) Number of months case was pending: 43.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $59,865.18.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $10,563.88 |
| Less amount refunded to debtor | $999.07 |
| **NET RECEIPTS:** | **$9,564.81** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,810.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $377.45 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,187.45** |
| Attorney fees paid and disclosed by debtor: | $190.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ABC Auto Parts & Sales | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| AIS Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Alpha Med Physicians Group LLC | Unsecured | 413.80 | NA | NA | 0.00 | 0.00 |
| American Scientific Medical Lab | Unsecured | 304.63 | NA | NA | 0.00 | 0.00 |
| Andina and Irabagon | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| Back Bowl I LLC | Unsecured | 250.00 | 248.56 | 248.56 | 13.30 | 0.00 |
| Bayview Loan Servicing LLC | Secured | 151,502.76 | 140,100.00 | 140,100.00 | 0.00 | 0.00 |
| Bayview Loan Servicing LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Calvary Portfolio Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Secured | 24,000.00 | 26,310.88 | 26,310.88 | 0.00 | 0.00 |
| Central Credit/Penn Cr | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Cerastes LLC | Unsecured | 1,424.00 | 1,451.92 | 1,451.92 | 77.71 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 4,400.00 | 5,795.11 | 5,795.11 | 310.15 | 0.00 |
| Credit Solutions Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Discover Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Diversified Collection Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Diversified Services Group | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Diversified Svs Group | Unsecured | 654.00 | NA | NA | 0.00 | 0.00 |
| Frontline Asset Strategies | Unsecured | 785.93 | NA | NA | 0.00 | 0.00 |
| Frontline Asset Strategies | Unsecured | 393.74 | NA | NA | 0.00 | 0.00 |
| Gerimed Service Ltd | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris Ltd | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Heller and Frisone | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department of Revenue | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue | Priority | 477.00 | NA | NA | 0.00 | 0.00 |
| Keynote Consulting | Unsecured | 315.00 | 315.00 | 315.00 | 16.86 | 0.00 |
| Loyola Univ Cr Un | Unsecured | 2,416.00 | NA | NA | 0.00 | 0.00 |
| Loyola Univ Cr Un | Unsecured | 2,136.00 | NA | NA | 0.00 | 0.00 |
| LVNV Funding LLC | Unsecured | 674.00 | NA | NA | 0.00 | 0.00 |
| LVNV Funding LLC | Unsecured | 785.68 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LVNV Funding LLC | Unsecured | 2,427.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| Med Business Bureau | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau, Inc. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Metro South Medical Center | Unsecured | 264.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 1,915.00 | 1,681.54 | 1,681.54 | 90.00 | 0.00 |
| Midnight Velvet | Unsecured | 126.57 | 124.34 | 124.34 | 6.65 | 0.00 |
| Monterey Financial Services | Secured | 1,252.08 | 0.00 | 50.00 | 50.00 | 0.10 |
| Municipal Collections Of America | Unsecured | 188.00 | 188.55 | 188.55 | 10.09 | 0.00 |
| National Capital Management LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 1,200.00 | 1,256.71 | 1,256.71 | 67.26 | 0.00 |
| North Paolos Fire Protection Distri | Unsecured | 936.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL LLC | Unsecured | 1,002.46 | NA | NA | 0.00 | 0.00 |
| Palisades Collections, LLC | Unsecured | 2,620.00 | NA | NA | 0.00 | 0.00 |
| PASI | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Secured | 7,400.00 | 3,000.00 | 3,000.00 | 3,000.00 | 176.71 |
| Portfolio Recovery Associates | Unsecured | NA | 11,504.22 | 11,504.22 | 615.71 | 0.00 |
| PRA Receivables Management | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 442.00 | NA | NA | 0.00 | 0.00 |
| Professional Account Mgmt | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Pronger Smith Medical Care | Unsecured | 14,000.00 | 13,764.07 | 13,764.07 | 736.65 | 0.00 |
| PYOD | Unsecured | 3,918.06 | 2,178.45 | 2,178.45 | 116.59 | 0.00 |
| Quantum3 Group | Unsecured | 150.00 | 125.87 | 125.87 | 6.74 | 0.00 |
| Quantum3 Group | Unsecured | 130.00 | 100.34 | 100.34 | 5.37 | 0.00 |
| Quantum3 Group | Unsecured | 353.00 | 353.04 | 353.04 | 18.89 | 0.00 |
| Resurgent Capital Services | Unsecured | 701.00 | 783.02 | 783.02 | 41.91 | 0.00 |
| River Oaks Honda | Secured | 3,000.00 | 0.00 | 1,000.00 | 0.00 | 0.00 |
| RMI | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| Robert J. Semrad & Associates | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Swiss Colony | Unsecured | 317.12 | 311.53 | 311.53 | 16.67 | 0.00 |
| Target | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TCF National Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Tsi/980 | Unsecured | 498.00 | NA | NA | 0.00 | 0.00 |
| Unimed, Ltd | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Vanda, LLC | Unsecured | 1,130.22 | NA | NA | 0.00 | 0.00 |
| Village of Riverdale | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Zenith Acquisition Corp | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $140,100.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $30,310.88 | $3,000.00 | $176.71 |
| All Other Secured | $50.00 | $50.00 | $0.10 |
| **TOTAL SECURED:** | **$170,460.88** | **$3,050.00** | **$176.81** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$40,182.27** | **$2,150.55** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,187.45 |
| Disbursements to Creditors | $5,377.36 |
| **TOTAL DISBURSEMENTS :** | **$9,564.81** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/10/2018       By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**